UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. **2:13 CR 09** |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | |
| 1) CIPRIANO RAMOS ALTAMIRANO | ) | **ORDER TO SEAL** |
|     a/k/a Guerro | ) | **THE INDICTMENT** |
| 2) CLAUDE GREGORY COGGINS | ) | |
|     a/k/a Greg | ) | |
| 3) ANNE HARVEY CRESWELL | ) | |
| 4) JOSEPH DANIEL DENMARK | ) | |
| 5) PATRICIA LEIGH DREML | ) | |
| 6) DANIEL FURMAN GIBSON | ) | |
| 7) GERARDO BELTRAN LLANAS | ) | |
|     a/k/a Jerry | ) | |
| 8) CARLOS LOPEZ | ) | |
| 9) FOREST SHANE LYNN | ) | |
| 10) JOSHUA BRYAN PARKER | ) | |
| 11) EDDIE DWAYNE POTTS | ) | |
| 12) GERARDO RODRIGUEZ-ARAGON | ) | |
|     a/k/a Lalo | ) | |
| 13) JAVIER SERNA-TREJO | ) | |
|     a/k/a Gorilla | ) | |
|     a/k/a Harvey | ) | |
| 14) CHAD KEITH SHULER | ) | |
| 15) PAUL MICHAEL SWOFFORD | ) | |
| 16) RONALD EDWARD SWOFFORD | ) | |
| 17) JAMES HOMER TAYLOR | ) | |
|     a/k/a Jimmy | ) | |
| 18) HEATHER MARIE WEST | ) | |
| 19) ANGELA LEIGH WIKE | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through **Anne M. Tompkins**, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 21st day of **May, 2013.**

_____
UNITED STATES MAGISTRATE JUDGE