
FILED
ASHEVILLE, NC

MAY 30 2013

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:13cr9 |
| v. | ) | **ORDER** |
| 1) CIPRIANO RAMOS ALTAMIRANO<br>　　a/k/a Guerro | ) | |
| 2) CLAUDE GREGORY COGGINS<br>　　a/k/a Greg | ) | |
| 3) ANNE HARVEY CRESWELL | ) | |
| 4) JOSEPH DANIEL DENMARK | ) | |
| 5) PATRICIA LEIGH DREML | ) | |
| 6) DANIEL FURMAN GIBSON | ) | |
| 7) GERARDO BELTRAN LLANAS<br>　　a/k/a Jerry | ) | |
| 8) CARLOS LOPEZ | ) | |
| 9) FOREST SHANE LYNN | ) | |
| 10) JOSHUA BRYAN PARKER | ) | |
| 11) EDDIE DWAYNE POTTS | ) | |
| 12) GERARDO RODRIGUEZ-ARAGON<br>　　a/k/a Lalo | ) | |
| 13) JAVIER SERNA-TREJO<br>　　a/k/a Gorilla<br>　　a/k/a Harvey | ) | |
| 14) CHAD KEITH SHULER | ) | |
| 15) PAUL MICHAEL SWOFFORD | ) | |
| 16) RONALD EDWARD SWOFFORD | ) | |
| 17) JAMES HOMER TAYLOR<br>　　a/k/a Jimmy | ) | |
| 18) HEATHER MARIE WEST | ) | |
| 19) ANGELA LEIGH WIKE | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and Arrest Warrants in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrants in the above-captioned case be unsealed.

This 30th day of May, 2013.

_____
HONORABLE DENNIS L. HOWELL
U.S. MAGISTRATE COURT JUDGE